# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2015
Lower Tribunal No. F22-19244
_____


**Christopher Wilburn,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Christopher Wilburn, in proper person.

James Uthmeier, Attorney General, for appellee.


Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed. See Woodbury v. State, 320 So. 3d 631, 650 (Fla. 2021) ("The inquiry to determine if a plea has a factual basis need not be a mini-trial[.]") (internal quotation marks and citation omitted); Williams v. State, 316 So. 2d 267, 273 (Fla. 1975) ("We hold that the court may satisfy itself by statements and admissions made by the defendant, his counsel, and the prosecutor; by factual evidence heard or filed in the cause, i.e., preliminary hearings, motions to suppress, or depositions taken in the cause. . . . These are not the exclusive means for a trial court to reach a determination. The trial court is free to utilize whatever procedure is best for the particular case before it to ensure that the defendant is entering a plea to the proper offense under the facts of the case."); Francis v. State, 121 So. 3d 67, 68-69 (Fla. 3d DCA 2013) ("The State's proffer during the plea colloquy and defense counsel's stipulation that there was a factual basis for the plea satisfied the factual basis requirement of Florida Rule of Criminal Procedure 3.172(a).").